NATHANIEL POTRATZ, ESQ., SBN 215734
LAW OFFICES OF NATHANIEL POTRATZ
4790 Dewey Drive, Suite A
Fair Oaks, California 95628
Telephone:    (916) 962-2780
Facsimile:    (916) 962-2705

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

| | |
|---|---|
| CHEVONDA AUTAR, on behalf of herself, and as a private attorney general on behalf of all those similarly situated and the general public, | **CASE NO: 2:08-cv-01934-GEB-EFB** |
| Plaintiff, | **ORDER** |
| vs. | |
| ROYCE NEWCOMB; KATHLEEN NEWCOMB, alias KATHY NEWCOMB; RK FORECLOSURE SPECIALISTS, business entity form unknown; Does 1 through 10, inclusive, | |
| Defendants. | |

The motion of Nathaniel Potratz, Esq. to be relieved as counsel of record for Plaintiff Chevonda Autar is suitable for decision without oral argument. L.R. 78-230(h). Attorney Potratz filed a declaration in which he declares his client has been served with the motion by mail. Attorney Potratz has shown sufficient reason justifying an order granting his motion to withdraw as counsel for Plaintiff.

Therefore, the motion is granted;  and, attorney Potratz is relieved as counsel of record for Plaintiff effective immediately.

Accordingly, Plaintiff now represents herself.  Plaintiff's current address is 5595 Rightwood

///

1  Way, Sacramento, CA 95823; and current phone number is 916-236-9436.

2  Dated: January 6, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge