IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVONDA AUTAR, on behalf of herself, and as a private attorney general on behalf of all those similarly situated and the general public,<br><br>        Plaintiff,<br><br>  vs.<br><br>ROYCE NEWCOMB; KATHLEEN NEWCOMB, alias KATHY NEWCOMB; RK FORECLOSURE SPECIALISTS, business entity form unknown; Does 1 through 10, inclusive,<br><br>        Defendants.<br>_____/ | No. CIV S-08-1934 GEB EFB<br><br><br><br><br><br><br><br><br><br><br><br>ORDER |

      Presently pending is defendants' motion to compel the deposition of plaintiff, scheduled for hearing on April 22, 2009. Review of defendants' moving papers indicates that neither the motion, nor the underlying notice of deposition, were served on plaintiff at her current address. *See* Order filed January 7, 2009, Dckt. No. 18, setting forth plaintiff's current address.

      Defendants' statement that they verified by telephone that plaintiff had received the deposition notice does not demonstrate adequate service, particularly since plaintiff, newly relegated to *pro se* status, hung up the telephone on defendants' counsel. *See* Declaration of

1

Etan E. Rosen, Dckt. No. 25.  More significant is the failure to demonstrate adequate service of the instant motion.

Accordingly, the April 22, 2009 hearing on defendants' motion is VACATED, and the motion filed March 17, 2009, Dckt. No. 23, is DENIED WITHOUT PREJUDICE.

The Clerk of Court shall modify the docket to reflect plaintiff's current address.

IT IS SO ORDERED.

DATED: April 15, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE